UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JAMAL DAMON HENDRIX, | Case No. 3:14-cv-00576-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| NEVADA, STATE OF, et al., | |
| Respondents. | |

This is a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (dkt. no. 4). Before the Court is petitioner's motion for a copy of his petition (dkt. no. 7). Good cause appearing, petitioner's motion is granted.

It therefore is ordered that petitioner's motion for a copy of his petition (dkt. no. 7) is granted.

It further is ordered that the Clerk shall send to petitioner one copy of his petition (dkt. no. 4).

DATED THIS 29th day of December 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE